1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WILLIAM ANDERSON, an individual; MAYUKA SHIBATA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.: 4:15-CV-04683-JSW<br><br>[The Hon. Jeffrey S. White]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**  AS MODIFIED |

In light of joint stipulation submitted by the parties and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The initial Case Management Conference is continued from January 15, 2016 to April 22, 2016 at 11:00 a.m. ~~February 12, 2016 at 9:00 a.m. On this same date and time, there is a hearing on Wells Fargo's motion to dismiss the claims in the First Amended Complaint. (Doc. 17.)~~ This moots the request to appear telephonically on January 15, 2016 and it is DENIED.

Dated: January 8, 2016

 _Jeffrey S. White_