UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WILLIAM ANDERSON, an individual, MAYUKA SHIBATA,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 4:15-CV-04683-JSW<br><br>[The Hon. Jeffrey S. White]<br>**AMENDED**<br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: April 29, 2016<br>Time: 11:00 a.m.<br>Ctrm: 5 (2nd Floor) |

The Court, having read and considered defendant Wells Fargo's request to appear telephonically at the initial Case Management Conference scheduled for April 29, 2016, and good cause appearing, finds:

Defendant Wells Fargo's request to appear by telephone is GRANTED.

/ / /

/ / /

/ / /

ACCORDINGLY, IT IS ORDERED THAT:

1. Counsel for Wells Fargo may appear by telephone at the initial Case Management Conference; *and*

2. ~~Wells Fargo's counsel, Michael Rapkine, will be contacted by the Court's Clerk at 11:00 a.m. on the date of the hearing at telephone number (626) 535-1900 (counsel's line).~~ COUNSEL SHALL SUBMIT A NOTICE OF DIRECT LAND LINE WHERE COUNSEL CAN BE REACHED AT THE TIME OF THE CASE MANAGEMENT CONFERENCE. SUCH NOTICE SHALL BE FILED BY 4:00 P.M. FRIDAY APRIL 22, 2016.

Dated: April 19, 2016

HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiffs*
*William Anderson and Mayuka Shibata*

Matthew D. Mellen, Esq.
Jessica Galletta, Esq.
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Tel: 650.638.0120 | Fax: 650.638.0125
Email: mellenlaw@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **April 18, 2016**.

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |