UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WILLIAM ANDERSON, an individual, MAYUKA SHIBATA,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 4:15-CV-04683-JSW<br><br>[The Hon. Jeffrey S. White]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE ADR COMPLETION DEADLINE AND CASE MANAGEMENT CONFERENCE** |

The Court, having read and considered the joint stipulation submitted by the parties, the supporting declaration, and good cause appearing, finds:

The request by the parties to extend the deadline to complete mediation is GRANTED. Accordingly, the mediation session currently scheduled for August 23, 2016 is VACATED. The parties shall have until December 16, 2016 to complete the mediation session. The parties are instructed to coordinate with their court-appointed mediator (Paul J. Dubow, Esq.) to reschedule a date for the mediation session.

1     The Further Case Management Conference, initially scheduled for September 23, 2016 is
2 hereby continued to  January 27, 2017  at 11:00 a.m.  The parties are instructed to
3 submit a Joint Supplemental Case Management Report at least seven (7) days prior to the Further
4 CMC.

5     **IT IS SO ORDERED.**

10 Dated:  July 11, 2016             HON. JEFFREY S. WHITE
11                                                    U.S. DISTRICT JUDGE